IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASMINE BROOKS individually and on behalf of all others similarly situated<br><br>        Plaintiff,<br><br>v.<br><br>PHILIPS NORTH AMERICA LLC and PHILIPS RS NORTH AMERICA LLC and VITOR ROCHA<br><br><br><br>        Defendants. | Civil Action No.: 1:22-cv-00264-AT |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Jasmine Brooks, individually and on behalf of all others similarly situated, through her counsel, hereby give notice of Plaintiff's voluntary dismissal of the above captioned petition, without prejudice.

The Defendants have not filed any answer to Plaintiff's complaint nor moved for summary judgment, so voluntary dismissal of this action is appropriate under the voluntary dismissal procedures of F.R.C.P. 41(a)(1)(A)(i).

Respectfully submitted this 1st day of March, 2022.

/s/ Arnold J. Lizana
Law Offices of Arnold J. Lizana III
GA Bar No.: 698758

1175 Peachtree Street NE, 10th Floor
Atlanta, GA 30361
Tel: 877-443-0999
alizana@attorneylizana.com
**ATTORNEYS FOR PLAINTIFF**

IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASMINE BROOKS individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS NORTH AMERICA LLC and PHILIPS RS NORTH AMERICA LLC and VITOR ROCHA<br><br><br><br>Defendants. | Civil Action No.: 1:22-cv-00264-AT |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the NOTICE OF VOLUNTARY DISMISSAL, on the following counsel of record by electronic mail pursuant to the agreement of the parties:

Lauren H. Zeldin
Luke P. Donohue
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
luke.donohue@ogletree.com
lauren.zeldin@ogletree.com

This 1st day of March 2022.

                                                  /s/ Arnold J. Lizana III
                                                  Arnold J. Lizana III